No. 3,094.—MICHAEL T. ROONEY, RESPONDENT, *v.* CHAS. M. HARRIS, APPELLANT.

*Appeal from District Court, Fergus County; E. K. Cheadle, Judge.*

Decided January 19, 1912.

PER CURIAM.—Upon motion of counsel for the respective parties herein, it is ordered that the appeals in the above-entitled action be, and they are hereby, dismissed.

*Mr. John A. Coleman,* and *Mr. C. A. Linn,* for Appellant.

*Mr. O. W. Belden,* and *Messrs. Gunn & Hall,* for Respondent.

---

No. 3,130.—STATE EX REL. R. A. WEISNER, RELATOR, *v.* DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for a writ of review.

Decided January 25, 1912.

PER CURIAM.—Relator's petition for a writ of review herein is, after due consideration by the court, denied.

*Messrs. Galen & Mettler,* for Relator.